# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE: MARSHA W. HODGES

CHAPTER 13
NO. 17-50505-KMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WARREN CUNTZ, JR., AS CHAPTER 13 TRUSTEE        PLAINTIFF
FOR THE BANKRUPTCY ESTATE OF DEBTOR,
MARSHA W. HODGES

v.                                              ADV. PRO NO. 17-06056-KMS

NEW PENN FINANCIAL, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING,
SPECIALIZEDLOAN SERVICING, LLC,
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATEHOLDERS
 OF THE CWABS, INC., ASSET-BACKED
CERTIFICATES, SERIES 2006-24, and
BANK OF AMERICA, N.A.                           DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P 41(a)(1)(ii), made applicable to this proceeding through Bankr. R. P. 7041 the parties dismiss this action against Defendant Bank of America N.A. with prejudice with each party to bear their own fees.

Respectfully submitted, this the 28th day of February 2018.

        Respectfully submitted,

        /s/*Michael T. Ramsey*
        MICHAEL T. RAMSEY (MSB104978)
        Sheehan Law Firm, PLLC
        429 Porter Avenue
        Ocean Springs, MS 39564
        (T): 228-875-0572
        (F): 228-875-0895
        mike@sheehanlawfirm.com
        *Counsel for Plaintiff*

        AND

4/462270.1

- 2 -

/s/ *Mary Clay Morgan*
Mary Clay Morgan, Esq. (MSB 101181)
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E. Capitol Street, Suite 400 Jackson, MS 39201
Phone: 601.592.9945
Fax: 601.592.1445
Email: mmorgan@bradley.com
direland@babc.com
*Attorneys for Defendant Bank of America, N.A.*

AND

*/s/Amanda Beckett*
Amanda M. Beckett (MS Bar No. 102738)
RUBIN LUBLIN, LLC
428 North Lamar Boulevard, Suite 107
Oxford, Mississippi 38655
*Attorneys for Defendant, New Penn Finanical, LLC*
*And Bank of New York Mellon*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2018, I served a copy of the foregoing Stipulation of Dismissal via CM/ECF, served on all parties registered to receive service.

/s/ *Michael T. Ramsey*
Michael T. Ramsey

- 2 -